UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
DANIEL RODRIGUEZ, on behalf of himself and all others similarly situated,

                                                              Civil Action No:
                                                              1:22-cv-7511

                                  Plaintiff,

-v.-
BICYCLE HABITAT, INC.,

                                  Defendants.
----------------------------------------------------------------

## **JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant Bicycle Habitat, Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** April 17, 2023

| **For Plaintiff Daniel Rodriguez** | **For Defendant Bicycle Habitat, Inc.** |
|---|---|
| *s/Mark Rozenberg* | *s/Ryan William Lawler* |
| Mark Rozenberg | Ryan William Lawler |
| Stein Saks, PLLC | Mintz & Gold, LLP |
| One University Plaza | 600 Third Ave 25th Floor |
| Hackensack, NJ 07601 | New York, NY 10016 |
| Ph: (201) 282-6500 | Ph: (212) 696-4848 |
| mrozenberg@steinsakslegal.com | Lawler@mintzandgold.com |

**So Ordered.**

s/Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**
**Date:** 4/17/23